UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIE NORRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>　　　　　Defendants. | No.: 1:21-cv-00704-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 13, 15) |

　　　　Plaintiff Urie Norris is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 3, 2021, plaintiff filed a motion seeking a court order directing that prison officials to stop interfering with the processing of his legal mail.  (Doc. No. 13.)  On August 4, 2021, the assigned magistrate judge entered findings and recommendations recommending that plaintiff's motion for injunctive relief be denied.  (Doc. No. 15.)  Those findings and recommendations were served on

/////

/////

/////

/////

1

plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) Plaintiff filed objections August 19, 2021. (Doc. No. 16.)[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on August 4, 2021 (Doc. No. 15) are adopted in full; and

2. Plaintiff's motion for injunctive relief (Doc. No. 13) is denied.

IT IS SO ORDERED.

Dated: **August 28, 2021**

_____
UNITED STATES DISTRICT JUDGE

---

[1] In his objections, plaintiff argues that the magistrate judge's issuance of findings and recommendations is "illegal" and requests that this case be assigned to a district judge and that his "consent" be withdrawn. (Doc. No. 16 at 2.) To clarify, the undersigned is presiding over this case (and many others bearing the designation "NONE" or "Unassigned") while this court awaits the appointment of new judges to fill this court's long-standing vacancies. (*See* Doc. No. 14, filed August 4, 2021 (amended standing order re judicial emergency).) Therefore, pursuant to 28 U.S.C. § 636(b)(1)(C), the undersigned will be reviewing the assigned magistrate judge's findings and recommendations in this matter as the district judge presiding over this case.